1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                       IN THE UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,          | CASE NO. 1:13-CR-00426-AWI-BAM
12 |                       Plaintiff,    | PRELIMINARY ORDER OF FORFEITURE
13 |            v.                       |
14 | RAY URIBE,                          |
15 |                       Defendant.    |

16

17     Based upon the plea agreement entered into between United States of America and defendant
18 Ray Uribe, it is hereby ORDERED, ADJUDGED AND DECREED as follows:
19     1.   Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant Ray Uribe's interest
20 in the following property shall be condemned and forfeited to the United States of America, to be
21 disposed of according to law:
22          a.  Glock, Model 27, .40 caliber pistol, and
23          b.  all ammunition seized in this case.
24     2.   The above-listed assets constitute firearms or ammunition involved in or used in a
25 knowing violation of 18 U.S.C. § 922(g)(1).
26     3.   Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to
27 seize the above-listed property.  The aforementioned property shall be seized and held by the
28 Department of Homeland Security, Customs and Border Protection in its secure custody and control.

PRELIMINARY ORDER OF FORFEITURE                    1

4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

6. The government, in its discretion, shall conduct discovery, including written discovery, the taking of depositions, and the issuance of subpoenas, in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

Dated:   August 7, 2014                    _____
                                            SENIOR DISTRICT JUDGE